IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY GOOD, | § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:17-CV-2967-M-BN |
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, FAY SERVICING, LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, ARIS COOK, and COUCH ENTERPRISES, LP, | § § § § § § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on January 8, 2018. *See* Dkt. No. 25. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, the Court finds that it has subject-matter jurisdiction over this removed action under 28 U.S.C. §§ 1331 and 1367 and hereby DENIES Plaintiff Anthony Good's Motion to Remand [Dkt. No. 12].

**SO ORDERED** this 31st day of January, 2018.

*/s/ Barbara M. G. Lynn*
BARBARA M. G. LYNN
CHIEF JUDGE